473 A.2d 653

Marine National Bk. v. Hepler.

Appeal of David R. Hepler.

Argued October 27, 1983. Evan Edward Adair, for appellant; John A. Spaeder, for appellees.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.